AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| MARIGRACE RATHCKE | ) Case No. 6:22-mj-00015-HBK |
| | ) |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; report to the United States Marshals Office for processing within 10 days.

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at: Yosemite Courthouse, Yosemite National Park
*Place*

Before Magistrate Judge Helena Barch-Kuchta

on November 1, 2022 at 10:00 AM - Rule 43 waiver granted for this hearing
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 9-12-22

*Defendant's signature*

*Judicial Officer's Signature*

Date: 9/12/2022

Magistrate Judge Helena Barch-Kuchta
*Printed name and title*